IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 21-78 |
| IVAN BRICE | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Brian W. Castello, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant IVAN BRICE, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) as well as 18 U.S.C. § 924(c)(1)(A)(i). Recommended bond: Detention

    Respectfully submitted,

    SCOTT W. BRADY
    United States Attorney

By:   */s/ Brian W. Castello*
    BRIAN W. CASTELLO
    Assistant U.S. Attorney
    PA ID No. 318609



FEB 24 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA